## KENNEDY & GORDON v. CRESS.

1. **Appeal:** COUNTY JUDGE. An appeal does not lie from a ministerial act of a county judge.

*Appeal from Decatur District Court.*

THURSDAY, JUNE 15.

*C. C. Nourse* for the appellant.

No appearance for the appellee.

LOWE, J. — The parties, plaintiffs and defendant, were creditors of the estate of Leonard Frank, deceased. Their claims had severally been filed and allowed, to which no objection of record appears.

1. APPEAL: county judge.

The administrator, under a license granted to him by the county court, had sold certain lands in order to pay the

debts of the estate.   The money realized from such sale, or a part thereof, was paid into the office of the county judge. Afterwards the county judge paid to Cress $344.47, being a little more than one-half of his claim as proved up and allowed, and took a receipt therefor.   From the payment or receipt the appellant took an appeal to the District Court, which was afterwards dismissed, but for what cause does not appear.   Yet we can readily conjecture that it was for the reason the appeal had been taken from a mere ministerial act of the judge, and not from any decree, decision or order contemplated by section 267 of the Revision made and entered of record.   From the order of dismissal by the District Court, the same parties appeal to this court, and must take from us also a denial of a hearing, because the record presents no legitimate question for our determination.

Affirmed.